OAO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

Margaret A. Lopez & William DiDominic

V.

City of Oil City

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 07-206

TO: (Name and address of Defendant)

City of Oil City
21 Seneca Street
Oil City, PA 16301

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael R. Hadley, Esq.
One Drake Drive
Oil City, PA 16301

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____  _____8-3-07_____
CLERK                       DATE

_____  _____8-3-07_____
(By) DEPUTY CLERK           DATE

OAO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1)<br>Daniel L. Robertson | DATE<br>August 7, 2007 |
| NAME OF SERVER *(PRINT)*<br>Daniel L. Robertson for Plaintiffs | TITLE<br>Adult resident |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:
Served upon the City of Oil City by leaving with the City Solicitor F. Walter Bloom, III, Esq., at his Oil City, PA Office who acknowledged he is authorized to accept service on behalf of the Defendant

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | | | | |
|---|---|---|---|---|---|
| TRAVEL | Aug 7, 2007 | SERVICES | Aug 7, 2007 | TOTAL | $0.00 |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   Aug 7, 2007                *(signature)* Daniel L. Robertson
              Date                       Signature of Server

7 Vo-Tech Drive, Apt. 1E, Oil City, PA 16301
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.